UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:21-03785 JLS (ADS)                                    Date:  January 3, 2023

Title:  *Duane M. Magee v. Ron Broomfield*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS**

Petitioner Duane Magee filed a Petition for Writ of Habeas Corpus.  (Dkt. No. 1.)  On December 15, 2022, the Court issued a Report and Recommendation.  (Dkt. No. 17.)  On December 27, 2022, the Court received returned mail from Petitioner's address of record: San Quentin State Prison, San Quentin, CA 94974.  (Dkt. No. 18.)  On December 29, 2022, the Court re-sent the Report and Recommendation to the California Institution for Men, P.O. Box 368, Chino, CA 91708 per the CDCR Inmate Locator.  (Id.)

Pro se litigants are required to keep the Court and opposing parties apprised of their current address.  L.R. 41-6.  Therefore, Petitioner is ordered to show cause why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Rules.  Petitioner may alternatively file a Notice of Change of Address to discharge this Order to Show Cause.  Petitioner's response is due no later than **January 17, 2023**.  Petitioner is further advised that any request for an extension of time must be sought by filing a request supported by good cause.

*The Clerk is directed to attach a copy of the Notice of Filing Report of Recommendation and Report and Recommendation with this Order and send to both Petitioner's address on record and to Petitioner's address on the CDCR Inmate Locator.  (Dkt. Nos. 16, 17.)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:21-03785 JLS (ADS)                              Date:  January 3, 2023

Title:  *Duane M. Magee v. Ron Broomfield*

**Petitioner is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Rules.**

**IT IS SO ORDERED.**

Initials of Clerk kh