UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE M. MAGEE,<br><br>　　　　　　　　Petitioner,<br><br>　　　　v.<br><br>RON BROOMFIELD, Warden,<br><br>　　　　　　　　Respondent. | Case No. 2:21-03785 JLS (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. No. 1), Answer (Dkt. No. 12), Traverse (Dkt. No. 14), and the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 17), and all the records and files herein. No objections were filed, and the time to do so has passed.  The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　Accordingly, IT IS HEREBY ORDERED:

　　　　1. The Court approves and accepts the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 17);

2. The Petition is denied and this case is dismissed with prejudice as to Grounds One through Three and without prejudice as to Ground Four; and

3. Judgment is to be entered accordingly.

DATED: March 30, 2023

_____
HON. JOSEPHINE L. STATON
United States District Judge