JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE M. MAGEE,<br><br>                Petitioner,<br><br>        v.<br><br>RON BROOMFIELD, Warden,<br><br>                Respondent. | Case No. 2:21-03785 JLS (ADS)<br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the Petition denied with prejudice as to Grounds One through Three and without prejudice as to Ground Four, and the case is dismissed in its entirety.

DATED:  March 30, 2023

_____
HON. JOSEPHINE L. STATON
United States District Judge